**UNITED STATES of America,**
**Appellee,**

v.

**William BENTVENA, Carlie DiPietro, Carmine Galante, Angelo Loicano, Anthony Mirra, Samuel Monastersky, John Ormento, Carmine Panico, Salvatore Panico, Salvatore Sciremammano, and William Struzzieri, Appellants.**

**No. 400, Docket 27667.**

United States Court of Appeals
Second Circuit.

Argued July 17, 1962.

Decided July 20, 1962.

Albert J. Krieger, New York City, for appellants William Bentvena, Carlie DiPietro, Carmine Galante, Angelo Loicano, Samuel Monastersky, John Ormento, Salvatore, Sciremammano, and William Struzzieri.

William R. Luney, Sullivan & Cromwell, New York City, for appellant Anthony Mirra.

Jerome Lewis, New York City, for appellant Salvatore Panico.

Robert M. Morgenthau, U. S. Atty., for Southern Dist. of New York (Jonathan L. Rosner, Sheldon H. Elsen, Arnold N. Enker, Asst. U. S. Attys., of counsel), for appellee.

Before MOORE, FRIENDLY and SMITH, Circuit Judges.

PER CURIAM.

In view of the early expiration of some of the sentences, we at this time dismiss the appeals of Bentvena, DiPietro, Loicano, Monastersky and Sciremammano as moot on the authority of United States v. Galante, 298 F.2d 72 (2 Cir.1962), and affirm the contempt convictions of Struzzieri, Galante, Mirra, Ormento and Carmine Panico. Decision with respect to the contempt conviction of Salvatore Panico is reserved for subsequent disposition.

**R. C. WINDISCH, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 18821.**

United States Court of Appeals
Fifth Circuit.

July 17, 1962.

Before TUTTLE, Chief Judge, and JONES and WISDOM, Circuit Judges.

PER CURIAM.

It is ordered that the petition for rehearing filed in the above styled and numbered cause be, and the same is hereby denied. See Glidden Co. v. Zdanok and Lurk v. United States, 82 S.Ct. 1459.

**COMMISSIONER OF INTERNAL REVENUE**

v.

**CAMPBELL COUNTY STATE BANK, INC., OF HERREID, SOUTH DAKOTA.**

**No. 17102.**

United States Court of Appeals
Eighth Circuit.

July 2, 1962.

Louis F. Oberdorfer, Asst. Atty. Gen., for petitioner.

Orville W. Robbins, Counsel, Selby, S. D., for respondent.

PER CURIAM.

Petition to review docketed and dismissed pursuant to stipulation.